# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MCGRIGGS,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>D. SHINN, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 16-1757-SVW (JEM)<br>　　　　　CR 06-15-DB-JCS (S.D. Miss.)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: May 24, 2018

　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE